ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WENDY CONNOR | Superseding Criminal Information<br><br>No. 1:14-CR-217-WSD-AJB |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One
### Interstate Transportation of Money Taken by Fraud
### 18 U.S.C. § 2314

1. On or about April 22, 2010, in the Northern District of Georgia and elsewhere, the defendant, WENDY CONNOR, did unlawfully transport, transmit, transfer, and cause to be transported, transmitted, and transferred in interstate commerce money, of the value of $5,000 or more, knowing the same to have been stolen, converted and taken by fraud, to wit, a wire transfer in the amount of $239,000 from Infinite Acquisitions 109 LLC, Atlanta, GA, Bank of America account ending in 7810, to Clean Sweep Holdings Group, Raleigh, NC, Bank of America account ending in 4155, in violation of Title 18, United States Code, Sections 2314 and 2.

## Forfeiture

2. Upon conviction of one or more of the offenses alleged in this Superseding Information, defendant WENDY CONNOR shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such offenses, including, but not limited to, the following:

   (a) MONEY JUDGMENT:   A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense, or conspiracy to commit such offense, for which the defendant is convicted.  If more than one defendant is convicted of an offense, the defendants so convicted are jointly and severally liable.

3. If, as a result of any act or omission of defendant WENDY CONNOR, any of the above-described property subject to forfeiture cannot be located upon the exercise of due diligence; has been transferred to, sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property, which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title

18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

SALLY QUILLIAN YATES
  *United States Attorney*

CHRISTOPHER J. HUBER
  *Assistant United States Attorney*
Georgia Bar No. 545627

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181